UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TONI DAVIS,

     Plaintiff,

v.                                                           Case No.:  2:23-cv-862-SPC-NPM

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **ORDER**

Before the Court is the Commissioner's Unopposed Motion for Entry of

Judgment with Remand.  (Doc. 18).  The Commissioner believes that remand

is appropriate to accomplish the following:

> [R]econsider findings at the relevant steps of the
> sequential evaluation process, including but not
> limited to a reevaluation of the Plaintiff's residual
> functional capacity and the prior administrative
> findings. The Plaintiff will also be offered an
> opportunity for a hearing.

(Doc. 18).  This Motion for Entry of Judgment with Remand is unopposed.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment,

reversing and remanding a social security case for rehearing.  *See also Shalala*

*v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89,

101-02 (1991).  The Commissioner's request for remand will be granted.

Accordingly, it is now

**ORDERED:**

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 18) is **GRANTED**.

2. The decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on April 11, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2